# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **CASE NO. 5:24-CR-48-MTT-CHW** |
| | : | |
| JAMES FRANK AUSTIN, JR. | : | |
| and | : | |
| ROSALEND WAY | : | |
| | : | |
| _____ | : | |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that the case should be unsealed,

IT IS ORDERED that the case by unsealed in its entirety.

SO ORDERED this _17th_ day of September, 2024.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE