IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-48 (MTT) |
| | ) |
| JAMES FRANK AUSTIN, JR. and | ) |
| ROSALEND WAY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

The defendants, by and through their counsel, have jointly moved to continue this case until the next trial term. Doc. 32. The defendants were indicted on September 11, 2024. Doc. 1. Defendant Way had her arraignment in this Court on September 17, 2024. Doc. 13. Defendant Austin had his arraignment in this Court on September 20, 2024. Doc. 23. No prior continuances have been granted. The defendants, by and through their counsel, now move the Court to continue this case to the next trial term to allow additional time for defense counsel to review discovery, conduct investigations and determine trial strategy. Doc. 32 at 2. The government does not oppose the motion. *Id.*

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial. Accordingly, the motion (Doc. 32) is **GRANTED**. The case is continued from the November term until the Court's next trial term presently scheduled for **January 13, 2025**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 11th day of October, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
