**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 5:24-CR-48 (MTT)** |
| | ) | |
| **JAMES FRANK AUSTIN, JR. and** | ) | |
| **ROSALEND WAY,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

The defendants, by and through their counsel, have jointly moved to continue this case until the next trial term.  Doc. 36.  The defendants were indicted on September 11, 2024.  Doc. 1.  Defendant Way had her arraignment in this Court on September 17, 2024.  Doc. 13.  Defendant Austin had his arraignment in this Court on September 20, 2024.  Doc. 23.  One prior continuance has been granted.  Doc. 34.  The defendants, by and through their counsel, now move the Court to continue this case to the next trial term to allow additional time for defense counsel to review discovery, conduct investigations and engage in plea negotiations.  Doc. 36 at 2.  The government does not oppose the motion.  *Id.* at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial.  Accordingly, the motion (Doc. 36) is **GRANTED**.  The case is continued from the January term until the Court's next trial term presently scheduled for **March 10, 2025**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 16th day of December, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT