# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-48 (MTT) |
| | ) |
| JAMES FRANK AUSTIN, JR. and | ) |
| ROSALEND WAY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The defendants, by and through their attorneys, have jointly moved to continue this case until the next trial term. Doc. 52. The government does not oppose the motion. *Id.* ¶ 4.

Having considered the grounds for the motion, the Court, pursuant to 18 U.S.C. § 3161(h)(7)(A), finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial. Accordingly, the motion (Doc. 52) is **GRANTED**. The case is continued from the April term until the Court's next trial term presently scheduled for **July 21, 2025**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 31st day of March, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT