IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 5:24-cr-00048 |
| JAMES FRANK AUSTIN, JR. | |

## NOTICE OF INTENT TO PLEAD

Pursuant to the Court's order of July 29, 2025 (Doc. 59), Defendant Austin notifies the Court that he intends to change his plea to guilty in this matter. Defendant will plea to the Indictment and this will not be pursuant to a plea agreement.

This 18th day of August, 2025.

/s/ *C. BRIAN JARRARD*
C. BRIAN JARRARD
Ga. Bar No. 389497
ATTORNEY FOR DEFENDANT AUSTIN

JARRARD LAW GROUP, LLC
4108 Arkwright Road, Suite 2
Macon, Georgia 31210
478-477-0004 telephone
478-477-0014 facsimile
brian@jarrardlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of August, 2025 I electronically filed the foregoing Notice of Intent to Plead with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any counsel of record registered on the CM/ECF system.

/s/ *C. BRIAN JARRARD*
C. Brian Jarrard
Georgia Bar No. 389497
JARRARD LAW GROUP, LLC
4108 Arkwright Road, Suite 2
Macon, Georgia 31210
478-477-0004 telephone
478-477-0014 facsimile
brian@jarrardlawgroup.com